JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRO UNICORN, INC., a California Corporation;<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL BENSON, an individual; MB BENSON INVESTMENTS LLC, a Georgia Limited Liability Company; and DOES 1 through 25, inclusive;<br><br>  Defendants. | Case No. CV 22-7483-MWF(MRWx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

The Court, having considered the above-captioned parties' Stipulation of Dismissal, and finding good cause, hereby ORDERS that this action is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: November 13, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-